# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

BETHANY ANNE PENNINGTON,

    Plaintiff,

vs.

INTERNATIONAL HOUSE OF PANCAKES, LLC, *et al.*,

    Defendants.

2:15-cv-00949-RCJ-CWH

**ORDER**

  Before the court is Defendant International House of Pancakes, LLC's Motion for Exception from Early Neutral Evaluation Attendance Requirement (#30).

  IT IS HEREBY ORDERED that an in-chambers telephone conference on the Defendant International House of Pancakes, LLC's Motion for Exception from Early Neutral Evaluation Attendance Requirement (#30) is scheduled for 11:00 a.m., July 24, 2015.

  The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

  DATED this 21st day of July, 2015.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE