UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BETHANY ANNE PENNINGTON,

   Plaintiff,

vs.

INTERNATIONAL HOUSE OF PANCAKES, LLC, *et al.*,

   Defendants.

2:15-cv-00949-RCJ-CWH

**ORDER**

  The court has reviewed the parties' Joint Response to Court's Order Regarding Early Neutral Evaluation. (#36).

  Accordingly,

  IT IS HEREBY ORDERED that the Early Neutral Evaluation is rescheduled to 10:00 a.m., November 10, 2015.  The confidential settlement statement is due by 12:00 p.m., November 3, 2015.  All else as stated in the Order (#15) scheduling the ENE remains the same with the exception that an IHOP representative with settlement authority must be available by telephone for the duration of the ENE. (#34).

  DATED this 30th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE