Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
      jshiroff@swlaw.com

Noah A. Finkel
James C. Goodfellow, Jr.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: nfinkel@seyfarth.com
      jgoodfellow@seyfarth.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant International House of Pancakes, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BETHANY ANNE PENNINGTON,<br><br>                  Plaintiff,<br>vs.<br><br>INTERNATIONAL HOUSE OF PANCAKES, LLC, a foreign Limited Liability Company; FARSHAD ASHOORI, an individual, RAINBOW 1606, INC., a Nevada corporation, doing business as IHOP; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive,<br><br>                  Defendants. | Case No. 2:15-cv-00949-RCJ-CWH<br><br>**DEFENDANT INTERNATIONAL HOUSE OF PANCAKES, LLC'S MOTION FOR JAMES C. GOODFELLOW TO APPEAR AT THE EARLY NEUTRAL EVALUATION BY TELEPHONE** |

        Defendant International House of Pancakes, LLC ("IHOP"), by and through its attorneys, hereby submits its motion for leave to allow James C. Goodfellow to appear at the Early Neutral Evaluation by telephone. For the reasons set forth below, the Court should grant IHOP's motion.

        1.      The Court has set the Early Neutral Evaluation for Tuesday, November 10, 2015.

2. IHOP LLC has submitted its statement in advance of the Early Neutral Evaluation. P. Swenson Prior, IHOP LLC's local counsel, will appear in person.

3. In order to avoid additional costs, IHOP LLC respectfully requests that the Court allow James C. Goodfellow, who has been admitted *pro hac vice*, to appear by telephone. Mr. Goodfellow is located in Chicago.

4. IHOP LLC makes this request in good faith, and not to cause any undue difficulty or delay.

WHEREFORE, IHOP LLC respectfully requests that the Court grant this motion and allow Mr. Goodfellow to appear at the Early Neutral Evaluation by telephone.

**DATED:  November 6, 2015**

Respectfully submitted,

INTERNATIONAL HOUSE OF PANCAKES, LLC

/s/ James C. Goodfellow
  One of Its Attorney

Paul Swenson Prior, Esq.
Nevada Bar No. 9324
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
       jshiroff@swlaw.com

Noah A. Finkel
James C. Goodfellow, Jr.
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: nfinkel@seyfarth.com
       jgoodfellow@seyfarth.com
Admitted *Pro Hac Vice*

*Attorneys for Defendant International House of Pancakes, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  11-6-2015

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing _____ by the method indicated below:

| | | | |
|---|---|---|---|
| <u>XXXXX</u> | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

William W. McGaha, Esq.
Joshua Santeramo, Esq.
Schuetze & McGaha, P.C.
601 S. Rancho Dr., Suite C-20
Las Vegas, NV 89106
*Attorneys for Plaintiff*

DATED: November 6, 2015

*/s/ James C. Goodfellow, Jr.*
An Employee of SEYFARTH SHAW LLP

21965261

- 3 -

22382445v.1