# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BETHANY ANNE PENNINGON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL HOUSE OF PANCAKES, LLC, *et al.*,<br><br>　　　　　Defendants. | 2:15-cv-00949-RCJ-CWH<br>**ORDER** |

Before the court is Plaintiff's Motion to Enforce Settlement Agreement (#74).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Enforce Settlement Agreement (#74) is scheduled for 3:00 p.m., January 20, 2016, in courtroom 3D.

DATED this 4th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE